# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 14-24782-GLT** |
| **Robert J. Ahart** | : | **Chapter 13** |
| **Karen E. Ahart, fka** | : | **Doc. No. ___** |
| **Karen E. Engle** | : | |
|     **Debtor** | : | |
| **Robert J. Ahart** | : | |
| **Karen E. Ahart, fka** | : | |
| **Karen E. Engle** | : | |
|     **Movant** | : | |
| **v.** | : | |
| **Berkheimer** | : | |
|     **Respondent** | : | |

## CERTIFICATE OF SERVICE FOR DEBTORS
## AMENDED COVER SHEET, AMENDED SCHEDULE E, ORDER OF COURT,
## AND 341 MEETING OF CREDITORS NOTICE

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **November 10, 2016.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. Robert and Karen Ahart, 1052 Sweet Brier Drive, Aliquippa, PA 15001
b. Berkheimer, P.O Box 25153, Lehigh Valley, PA 18002-5153

Executed on: November 10, 2016      **/s/ Bryan P. Keenan**
                                                  Bryan  P. Keenan, PA ID No. 89053
                                                  Bryan  P. Keenan  & Associates P.C.
                                                  Attorney for Debtor
                                                  993 Greentree Road, Suite 101
                                                  Pittsburgh, PA 15220
                                                  (412) 922-5116
                                                  keenan662@gmail.com