# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy No. 14-24782-GLT** |
| **Robert J. Ahart** | : | **Chapter 13** |
| **Karen E. Ahart, fka** | : | **Doc. No. ___** |
| **Karen E. Engle** | : | |
|     **Debtor** | : | |
| **Robert J. Ahart** | : | |
| **Karen E. Ahart, fka** | : | |
| **Karen E. Engle** | : | |
|     **Movant** | : | |
| **v.** | : | |
| **IRS** | : | |
|     **Respondent** | : | |

### CERTIFICATE OF SERVICE FOR ORDER ON DEBTORS AMENDED SCHEDULE E REMOVING IRS, COVER SHEET, AND 314 MEETING OF CREDITORS NOTICE

I, Bryan P. Keenan, Esquire, certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **June 6, 2017.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail.**

**1.) Service by Electronic Mail--**
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**1.) Service by First Class Mail--**
a. Robert and Karen Ahart, 1052 Sweet Brier Drive, Aliquippa, PA 15001
b. Internal Revenue Service, Insolvency Unit, William S. Moorehard Federal Building, Charleroi, PA 15022

Executed on: June 6, 2017      **/s/ Bryan P. Keenan**
                                                     Bryan P. Keenan, PA ID No. 89053
                                                   Bryan P. Keenan & Associates P.C.
                                                   Attorney for Debtor
                                                   993 Greentree Road, Suite 101
                                                   Pittsburgh, PA 15220
                                                   (412) 922-5116
                                                   keenan662@gmail.com