# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 14-24782-GLT** |
| **Karen E. Ahart** | ) | **Chapter 13** |
| **Robert J. Ahart** | ) | **Doc No.** |
|    Debtor | ) | **Related to Doc No. 80** |
| **Robert J. Ahart** | ) | |
|    Movant | ) | **Motion No. ☐ WO-1** |
|    v. | ) | |
| **Verizon Services Corp.** | ) | |
|    Respondent | ) | |

## CERTIFICATE OF SERVICE FOR COURT ORDER ON DEBTOR'S AMENDED WAGE ATTACHMENT MOTION ALONG WITH NOTIFICATION OF THE DEBTOR'S SOCIAL SECURITY NUMBER

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on June 20, 2017

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
a. Robert J. & Karen E. Ahart, 1052 Sweet Brier Drive, Aliquippa, PA 15001
b. Verizon Services Corp., Attn: Payroll Manager, 22001 Loudoun Country Parkway, Ashburn, VA 20147

Executed on:  June 20, 2017           **/s/Bryan P. Keenan**
                                                       Bryan P. Keenan, PA ID No. 89053
                                                       Bryan P. Keenan & Associates P.C.
                                                       Attorney for Debtor
                                                       993 Greentree Road, Suite 101
                                                       Pittsburgh, PA 15220
                                                       (412) 922-5116
                                                       keenan662@gmail.com