## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

- **Debtor:** ROBERT J. & KAREN E. AHART
- **Case Number:** 14-24782-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 05, 2017 10:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#77 - Final Confirmation of Plan Dated 6/15/2017 (FC)
R / M #: 77 / 0

### Appearances:

Debtor: Karen
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 12/7/17 at 11:00 AM
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

*Had asked for 2016 return and recent pay stub. To be provided w/in 30 days.*

9/29/2017    10:23:53 AM