# IN UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 14-24782-GLT** |
| **Robert J. Ahart** | ) | **Chapter 13** |
| **Karen E. Ahart, Karen E. Engle** | ) | **Doc No. __** |
| Debtor | ) | |
| **Bryan Keenan, Esquire** | ) | |
| APPLICANT | ) | |
| vs. | ) | |
| No Respondent(s) | ) | |

### CERTIFICATE OF SERVICE OF ORDER ON
### APPLICATION OF BRYAN KEENAN, ESQUIRE FOR INTERIM
### COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL
### FOR DEBTOR

I, Bryan P. Keenan, Esquire , certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on **March 1, 2018.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **first class mail and electronic notification.**

**1.) Service by Electronic Notification** –
a. **Office of the U.S. Trustee,** at ustpregion03.pi.ecf@usdoj.gov
b. **Office of the Chapter 13 Trustee**, Ronda J. Winnecour at cmecf@chapter13trusteewdpa.com

**2.) Service by First Class Mail--**
**a. all parties on the attached mailing matrix**

Date: **March 1, 2018**           **/s/ Bryan P. Keenan**
                                                    Bryan  P. Keenan, PA ID No. 89053
                                                    Bryan  P. Keenan  & Associates P.C.
                                                    Attorney for Debtor
                                                    993 Greentree Road, Suite 101
                                                    Pittsburgh, PA 15220
                                                    (412) 922-5116
                                                    keenan662@gmail.com