IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert J. Ahart and Karen E. Ahart f/k/a Karen E. Engle<br>  Debtors. | BANKRUPTCY CASE NUMBER<br>14-24782/GLT |
| Nationstar Mortgage LLC<br>  Movant,<br>v. | CHAPTER 13<br>11 U.S.C. § 362 |
| Robert J. Ahart and Karen E. Ahart f/k/a Karen E. Engle<br>  Debtors/Respondents. | Docket #: _____<br>Related to Doc # 106 |
| Ronda J. Winnecour, Trustee<br>  Additional Respondent. | |

**CERTIFICATE OF SERVICE**

  I, Sheena Mayer, an employee of the law firm of Shapiro & DeNardo, LLC hereby certify that I caused to be served true and correct copies of the Modified Default Order by First Class Mail, postage prepaid or by electronic notification, at the respective last known address of each person set forth below on August 2, 2019:

Robert J. Ahart, 1052 Sweet Brier Drive, Aliquippa, PA 15001

Karen E. Ahart f/k/a Karen E. Engle, 1052 Sweet Brier Drive, Aliquippa, PA 15001

Bryan P. Keenan, Esquire, 993 Greentree Road, Suite 101, Pittsburgh, PA 15220
Sent via electronic notification keenan662@gmail.com

Ronda J. Winnecour, Trustee, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219
Sent via electronic notification cmecf@chapter13trusteewdpa.com

United States Trustee
Sent via electronic notification ustpregion03.pi.ecf@usdoj.gov

  I HEREBY CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

                 /s/Sheena Mayer
                 Sheena Mayer
                 Shapiro & DeNardo, LLC
                 3600 Horizon Drive, Suite 150
                 King of Prussia, PA 19406
S&D File #:16-054743            (610) 278-6800