**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No. 14-24782-GLT** |
| **Robert J. Ahart** | ) | **Chapter  13** |
| **Karen E. Ahart, aka Karen E. Engle** | ) | **Doc. No.** |
| **Debtor** | ) | |
| **Robert J. Ahart** | ) | **Response: 12/30/2019** |
| **Karen E. Ahart, aka Karen E. Engle** | ) | **Hearing: 1/15/2020 at 10:30 a.m.** |
| **Movant** | ) | |
| **vs** | ) | |
| **No Respondent** | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
DEBTOR'S MOTION FOR
MOTOR VEHICLE PURCHASE WITH PAYMENTS OUTSIDE OF PLAN**

The undersigned hereby certifies, that, as of the date hereof, no answer, objection  or other responsive pleading to the Motion filed on **December 13, 2019**  has been received. The undersigned further certifies that the Court's docket in the case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than **December 30, 2019.**

It is hereby respectfully requested that the Order to the Motion be entered by the court.

**Date:  December 31, 2019**

**/s/ Bryan P. Keenan**
Bryan  P. Keenan, PA ID No. 89053
Bryan  P. Keenan  & Associates P.C.
Attorney for Debtor
993 Greentree Road, Suite 101
Pittsburgh, PA 15220
(412) 922-5116
keenan662@gmail.com