IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | ) | **Bankruptcy No.  14-24782-GLT** |
| **Robert J. Ahart** | ) | **Chapter  13** |
| **Karen E. Ahart, fka** | ) | **Doc No.** |
| **Karen E. Engle** | ) | |
| **Debtor** | ) | |
| **Robert J. Ahart** | ) | |
| **Karen E. Ahart, fka** | ) | |
| **Karen E. Engle** | ) | |
| **Movant** | ) | |
| **v.** | ) | |
| **No  Respondent** | ) | |

### DEBTOR'S CERTIFICATION OF DISCHARGE ELIGIBILITY

1.   The Debtor has made all payments required by the Chapter 13 Plan.

2.   Include whichever one of the two following statements applies:

   **The Debtor is not required to pay any Domestic Support Obligations**

3.   The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4.   On **October 15, 2019**, at docket number **113**, Debtor complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a *Certification of Completion of Postpetition Instructional Course in Personal Financial Management*, with the *Certificate of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by (*include whichever one of the two following statements applies):*

   **Undersigned Counsel duly questioned Debtor(s) about the statements in this Certification and verified the answers in support of this Certification.**

Dated: **January 14, 2020**

/s/Bryan P. Keenan
**Bryan P. Keenan, PA ID # 89053**
**Bryan P. Keenan & Associates, P.C.**
**Attorneys for Debtor**
**993 Greentree Road, Suite 101**
**Pittsburgh, PA 15220**
**(412)-922-5116**
**keenan662@gmail.com**