**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ROBERT J. AHART<br>   KAREN E. AHART<br>            Debtor(s)<br>   Ronda J. Winnecour, Trustee<br>      Movant<br>         vs.<br>   ROBERT J. AHART<br>   KAREN E. AHART<br><br>         Respondents | Case No.14-24782GLT<br><br>Chapter 13<br><br>Related to Dkt. No. 123 |

FILED
1/15/20 9:20 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO STOP PAYROLL DEDUCTIONS

AND NOW, this   15th   day of   January,   2020,      it is hereby ORDERED, ADJUDGED, and DECREED that,

Verizon - Payroll Svcs*Ic
Verizon Finance Operations - Global Payroll
Attn: Garnishments
899 Heathrow Park Lane Fl 2
Lake Mary,FL 32745

is hereby ordered to immediately terminate the attachment of the wages of ROBERT J. AHART, social security number XXX-XX-1987.  No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of ROBERT J. AHART.

BY THE COURT:

_____   jah
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Robert J. Ahart
Karen E. Ahart
    Debtors

Case No. 14-24782-GLT
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Jan 15, 2020
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2020.
db/jdb         +Robert J. Ahart,    Karen E. Ahart,    1052 Sweet Brier Drive,    Aliquippa, PA 15001-6502

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 17, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2020 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION andygornall@latouflawfirm.com
          Bryan P. Keenan    on behalf of Plaintiff Robert J. Ahart keenan662@gmail.com, melindap662@gmail.com
          Bryan P. Keenan    on behalf of Joint Debtor Karen E. Ahart keenan662@gmail.com, melindap662@gmail.com
          Bryan P. Keenan    on behalf of Debtor Robert J. Ahart keenan662@gmail.com,  melindap662@gmail.com
          J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
          James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
          Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION pabk@logs.com
          LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com, srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                                   TOTAL: 13