Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert J. Ahart** | : | Case No. 14–24782–GLT |
| **Karen E. Ahart** | : | Chapter: 13 |
| **fka Karen E. Engle** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 129 |
| | : | |
| v. | : | Hearing Date: 5/6/20 at 11:00 AM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

*AND NOW,* this *The 26th of February, 2020*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 129 by the Chapter 13 Trustee,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that:

(1) *On or before April 13, 2020*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

(2) This Motion is scheduled for hearing on *May 6, 2020 at 11:00 AM* in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

(3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

(4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                         Case No. 14-24782-GLT
Robert J. Ahart                                                Chapter 13
Karen E. Ahart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel                Page 1 of 2                Date Rcvd: Feb 26, 2020
                              Form ID: 604              Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2020.
db/jdb         +Robert J. Ahart,    Karen E. Ahart,    1052 Sweet Brier Drive,    Aliquippa, PA 15001-6502
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:    Nationstar Mortgage LLC,    350 Highland Drive,
                 Lewisville, TX   75067)
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13965123       +A&s Fcu,    2283 Broadhead Rd,    Aliquippa, PA 15001-4674
13965124       +Aes/Nct,    Aes/Ddb,    Po Box 8183,    Harrisburg, PA 17105-8183
13965125      ++BERKSHIRE BANK,    PO BOX 1308,    PITTSFIELD MA 01202-1308
                (address filed with court:    Berkshire Bank,    66 West St,    Pittsfield, MA 01201)
14319057        Berkheimer,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13965130      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:    Citibank Sd, Na,    Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
14023097       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13965129       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13965132       +Credit Mgmt,    Re: Time Warner Cable,    4200 International,    Carrollton, TX 75007-1912
13965133       +Dept Of Edu/osla Service,    525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
14008500        ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13965135        Internal Revenue Service,    Insolvency Unit,    William S. Moorhead Federal Building,,
                 Charleroi, PA 15022
14035164       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,    Columbus, OH 43219-6009
13965137       +Merc Adj Bur,    Re: National Grid,    Po Box 9016,    Williamsville, NY 14231-9016
13992499       +National Collegiate Student Loan Trust-2005-3,    Po Box 4275,    Norcross, GA 30091-4275
13965139        OSLA,    PO Box 18475,    Oklahoma City, OK 73154-0475
14000625       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13965141       +Rjm Acq Llc,    Re: Children S Book Of The Month C,    575 Underhill Blvd.,    Suite 224,
                 Syosset, NY 11791-3416
13965142       +Rjm Acq Llc,    Re: Scholastic,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13982440       +Ronald Ahart,    2614 County Rt 7,    Oswego, NY 13126-5710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13986857       +E-mail/Text: bankruptcies@berkshirebank.com Feb 27 2020 03:21:37      Berkshire Bank,
                 PO Box 1308,    Pittsfield, MA 01202-1308
13965126       +E-mail/Text: support@bullcityfinancial.com Feb 27 2020 03:21:36      Bullcity Financial Sol,
                 RE: Triangle Physicians For Women,    1107 W Main St Ste 201,    Durham, NC 27701-2028
13965127       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:26:20       Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13965128       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 27 2020 03:25:34       Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
14004157       +E-mail/Text: bankruptcy@cavps.com Feb 27 2020 03:20:55      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13965131       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 27 2020 03:21:35
                 Credit Collection Services Inc.,    Re: Nationwide Insurance,    Two Wells Avenue,
                 Newton Center, MA 02459-3225
14017632       +E-mail/Text: kburkley@bernsteinlaw.com Feb 27 2020 03:21:28      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13966023       +E-mail/Text: bankruptcy@huntington.com Feb 27 2020 03:20:22      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13965134       +E-mail/Text: bankruptcy@huntington.com Feb 27 2020 03:20:22      Huntington National Bank,
                 PO Box 1558 EA1W37,    Columbus, OH 43216-1558
13965136       +E-mail/Text: rcpsbankruptcynotices@parallon.com Feb 27 2020 03:21:40      Medicredit,
                 PO BOX 1629,    Maryland Heights, MO 63043-0629
13981025       +E-mail/Text: bncmail@w-legal.com Feb 27 2020 03:20:42      NATIONSTAR MORTGAGE, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13997800       +E-mail/Text: apbankruptcy@us.ngrid.com Feb 27 2020 03:21:43      National Grid,
                 c/o Bankruptcy Department C-1,    300 Erie Blvd West,    Syracuse, NY 13202-4250
13965140       +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 27 2020 03:26:36
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Re: Verizon Wireless,    Po Box 640,
                 Hopkins, MN 55343-0640
13982441        E-mail/PDF: clerical@simmassociates.com Feb 27 2020 03:27:12      Simm Associates, Inc.,
                 Re: National Collegiate Trust/PHEAA,    PO Box 7526,    Newark, DE 19714-7526
13965143       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 27 2020 03:19:18
                 Verizon Inc.,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 15

```
District/off: 0315-2            User: jhel              Page 2 of 2              Date Rcvd: Feb 26, 2020
                                Form ID: 604            Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13965138*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
                Lewisville, TX 75067)
                                                                                  TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2020 at the address(es) listed below:
```
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Bryan P. Keenan    on behalf of Plaintiff Robert J. Ahart keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Karen E. Ahart keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Robert J. Ahart keenan662@gmail.com,  melindap662@gmail.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                             TOTAL: 14
```