IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/15/20 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT J. AHART
KAREN E. AHART
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Case No.:14-24782

Chapter 13

Related to Dkt. No. 129

## ORDER OF COURT

AND NOW, this 15th day of April 2020, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

**ENTERED BY DEFAULT**

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE  jah

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 14-24782-GLT
Robert J. Ahart                                                         Chapter 13
Karen E. Ahart
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 2            Date Rcvd: Apr 15, 2020
                              Form ID: pdf900         Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db/jdb         +Robert J. Ahart,    Karen E. Ahart,    1052 Sweet Brier Drive,    Aliquippa, PA 15001-6502
cr             +Beaver County Tax Claim Bureau,    Beaver County Courthouse,    810 Third Street,
                 Beaver, PA 15009-2100
cr            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:   Nationstar Mortgage LLC,     350 Highland Drive,
                 Lewisville, TX   75067)
cr             +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13965123       +A&s Fcu,    2283 Broadhead Rd,   Aliquippa, PA 15001-4674
13965124       +Aes/Nct,    Aes/Ddb,    Po Box 8183,   Harrisburg, PA 17105-8183
13965125      ++BERKSHIRE BANK,    PO BOX 1308,    PITTSFIELD MA 01202-1308
                (address filed with court:   Berkshire Bank,     66 West St,   Pittsfield, MA 01201)
14319057        Berkheimer,    PO Box 25153,    Lehigh Valley, PA 18002-5153
13965130      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:   Citibank Sd, Na,     Attn: Centralized Bankruptcy,    Po Box 20363,
                 Kansas City, MO 64195)
14023097       +Cavalry SPV I, LLC,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
                 Tucson, AZ 85712-1083
13965129       +Chase Manhattan Mortgage,    Attn: Bankruptcy Dept,    3415 Vision Dr,    Columbus, OH 43219-6009
13965132       +Credit Mgmt,    Re: Time Warner Cable,    4200 International,    Carrollton, TX 75007-1912
13965133       +Dept Of Edu/osla Service,    525 Central Park Dr Ste,    Oklahoma City, OK 73105-1723
14008500        ECAST SETTLEMENT CORPORATION, ASSIGNEE,     OF CITIBANK, N.A.,    POB 29262,
                 NEW YORK, NY 10087-9262
13965135        Internal Revenue Service,    Insolvency Unit,    William S. Moorhead Federal Building,,
                 Charleroi, PA 15022
14035164       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7142,   Columbus, OH 43219-6009
13965137       +Merc Adj Bur,    Re: National Grid,    Po Box 9016,   Williamsville, NY 14231-9016
13992499       +National Collegiate Student Loan Trust-2005-3,     Po Box 4275,   Norcross, GA 30091-4275
13965139        OSLA,    PO Box 18475,    Oklahoma City, OK 73154-0475
14000625       +Peoples Natural Gas Company LLC,    375 North Shore Drive, Suite 600,
                 Pittsburgh, PA 15212-5866
13965142       +Rjm Acq Llc,    Re: Scholastic,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
13965141       +Rjm Acq Llc,    Re: Children S Book Of The Month C,    575 Underhill Blvd.,    Suite 224,
                 Syosset, NY 11791-3416
13982440       +Ronald Ahart,    2614 County Rt 7,    Oswego, NY 13126-5710

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13986857       +E-mail/Text: bankruptcies@berkshirebank.com Apr 16 2020 04:02:47      Berkshire Bank,
                 PO Box 1308,    Pittsfield, MA 01202-1308
13965126       +E-mail/Text: support@bullcityfinancial.com Apr 16 2020 04:02:46      Bullcity Financial Sol,
                 RE: Triangle Physicians For Women,    1107 W Main St Ste 201,    Durham, NC 27701-2028
13965127       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 04:03:40      Cap One,
                 Po Box 30253,    Salt Lake City, UT 84130-0253
13965128       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 16 2020 04:03:09      Capital 1 Bank,
                 Attn: General Correspondence,    Po Box  30285,    Salt Lake City, UT 84130-0285
14004157       +E-mail/Text: bankruptcy@cavps.com Apr 16 2020 04:02:15      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13965131       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 16 2020 04:02:46
                 Credit Collection Services Inc.,    Re: Nationwide Insurance,    Two Wells Avenue,
                 Newton Center, MA 02459-3225
14017632       +E-mail/Text: kburkley@bernsteinlaw.com Apr 16 2020 04:02:37      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
13966023       +E-mail/Text: bankruptcy@huntington.com Apr 16 2020 04:01:50      Huntington National Bank,
                 P O Box 89424,    Cleveland OH 44101-6424
13965134       +E-mail/Text: bankruptcy@huntington.com Apr 16 2020 04:01:51      Huntington National Bank,
                 PO Box 1558 EA1W37,    Columbus, OH 43216-1558
13965136       +E-mail/Text: rcpsbankruptcynotices@parallon.com Apr 16 2020 04:02:51      Medicredit,
                 PO BOX 1629,    Maryland Heights, MO 63043-0629
13981025       +E-mail/Text: bncmail@w-legal.com Apr 16 2020 04:02:09      NATIONSTAR MORTGAGE, LLC,
                 C/O Weinstein & Riley, P.S.,    2001 Western Avenue, Ste. 400,    Seattle, WA 98121-3132
13997800       +E-mail/Text: apbankruptcy@us.ngrid.com Apr 16 2020 04:02:54      National Grid,
                 c/o Bankruptcy Department C-1,    300 Erie Blvd West,    Syracuse, NY 13202-4250
13965140       +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 16 2020 04:04:19
                 Pinnacle Credit Service,    Attn: Bankruptcy,    Re: Verizon Wireless,    Po Box 640,
                 Hopkins, MN 55343-0640
13982441        E-mail/PDF: clerical@simmassociates.com Apr 16 2020 04:04:09      Simm Associates, Inc.,
                 Re: National Collegiate Trust/PHEAA,    PO BOX 7526,    Newark, DE 19714-7526
13965143       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 16 2020 04:00:50
                 Verizon Inc.,    PO Box 3397,    Bloomington, IL 61702-3397
                                                                                              TOTAL: 15

```
District/off: 0315-2            User: dkam                  Page 2 of 2                   Date Rcvd: Apr 15, 2020
                                Form ID: pdf900             Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Duquesne Light Company
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13965138*     ++NATIONSTAR MORTGAGE LLC,   PO BOX 619096,   DALLAS TX 75261-9096
              (address filed with court: Nationstar Mortgage LLC,   Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
                                                                                    TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               andygornall@latouflawfirm.com
              Bryan P. Keenan    on behalf of Plaintiff Robert J. Ahart keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Joint Debtor Karen E. Ahart keenan662@gmail.com,
               melindap662@gmail.com
              Bryan P. Keenan    on behalf of Debtor Robert J. Ahart keenan662@gmail.com, melindap662@gmail.com
              J. Philip Colavincenzo    on behalf of Creditor    Beaver County Tax Claim Bureau
               colavincenzolaw@verizon.net;colavincenzolaw@yahoo.com
              James Warmbrodt    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              Kevin Scott Frankel    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Kevin Scott Frankel    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              LeeAne O. Huggins    on behalf of Creditor    Nationstar Mortgage LLC pabk@logs.com
              Michael John Clark    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               pabk@logs.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 14
```